

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00069-CV

**WILLIAM M. WINDSOR,**

Appellant

v.

**KELLIE MCDOUGALD,**

Appellee

**From the 378th District Court
Ellis County, Texas
Trial Court No. 88611**

## O R D E R

Appellant is incarcerated. This is one of four interlocutory appeals in which appellant is acting as his own counsel.[1] He contends that due to his incarceration, he does not have adequate access to information and legal resources. He requests a stay in two of his appeals until he has adequate access to the information and legal resources needed to handle his appeals. By this order, we also address, on our own motion, the advisability

---

[1] *See* 10-14-00355-CV, *Windsor v. Round*; 10-14-00392-CV, *Windsor v. Fleming*; 10-15-00092-CV, *Windsor v. Joeyisalittlekid, et. al*.

of a stay in the other two pending appeals in addition to the two in which motions were filed.

Appellant does not contend he is indigent or that he cannot hire counsel to represent him in this appeal.

A stay of this appeal is granted in part. Appellant cannot, however, use his own incarceration as a means to indefinitely delay the disposition of this proceeding. This appeal is stayed for 35 days. During this time, appellant may deal with his incarceration or hire counsel to represent appellant in this appeal. This appeal will be reinstated automatically after the expiration of 35 days and will proceed under the timetable required in the Texas Rules of Appellate Procedure and as scheduled by the Court, with or without retained counsel by appellant. After reinstatement, lack of access to the information and legal resources needed to handle his appeal will not be considered as grounds to further delay the timely disposition of this proceeding. Moreover, appellant's incarceration cannot be used as an excuse to delay this appeal any longer.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Stay granted
Order issued and filed April 2, 2015

